IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON NEWTON,  :  <br>    Plaintiff,         : <br>                     : <br> v.                     : <br>                     : <br> FAMILY COURT OF   : <br> PHILADELPHIA, *et al.*,  : <br>    Defendants.     : | CIVIL ACTION NO. 25-915-KSM |

## ORDER

**AND NOW**, this 2nd day of April, 2025, upon consideration of Plaintiff Devon Newton's Motion to Proceed *In Forma Pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**